# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEANENE VIOLA AND ROY VIOLA,                    NO.  2021 CW 1280
INDIVIDUALLY AND ON BEHALF
OF THEIR DECEASED SON,
RICHARD VIOLA

VERSUS

PINECREST SUPPORTS AND                          **DECEMBER 20, 2021**
SERVICES CENTER, DEPARTMENT
OF HEALTH AND HOSPITALS OF
LOUISIANA, ST. FRANCES
CABRINI HOSPITAL, AND DR.
MANOHAR MARMARAJ

---

In Re:    CHRISTUS Health Central Louisiana d/b/a CHRISTUS St.
          Frances Cabrini Hospital, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 706336.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                              PMc
                              MRT


   **Welch, J.,** dissents and would grant the writ application.


COURT OF APPEAL, FIRST CIRCUIT

       DEPUTY CLERK OF COURT
          FOR THE COURT